**Order entered July 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00922-CV

### IN RE CITY OF DALLAS, Relator

**Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-12-03665-C**

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real

parties in interest and respondent file their responses, if any, on or before August 1, 2014.

/s/ KERRY P. FITZGERALD
   JUSTICE